[No. 36934-2-I.    Division One.    December 19, 1996.]

JOHN DOE, *Appellant*, v. THE DEPARTMENT OF
TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-19537-1, Charles V. Johnson, J., entered
June 5, 1995. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Baker, C.J., and Kennedy, J. With-
drawn and case caption changed on February 18, 1997.
See 85 Wn. App. 143.

[No. 36969-5-I.    Division One.    December 19, 1996.]

DONALD H. LUNDSTROM, *Appellant*, v. CITY OF
EVERETT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-07725-1, Ronald L. Castleberry,
J., entered August 3, 1995. *Affirmed* by unpublished
opinion per Kennedy, A.C.J., concurred in by Becker and
Cox, JJ.

[No. 37187-8-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON
M. MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03742-1, Michael Spearman, J., entered
July 26, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37190-8-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LABRENSKY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-03270-4, Mary Wicks Brucker, J., and
Debora Juarez, J. Pro Tem., entered August 24, 1995. *Af-
firmed* by unpublished per curiam opinion.